UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-00145-KJN |
| Plaintiff, | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | |
| ANTHONY C. SOLIS, | DATE: October 1, 2020 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Honorable Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-CR-00145-KJN with prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on October 1, 2020, is vacated.

IT IS SO ORDERED.

Dated: September 28, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE